UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S MAGIC VALLEY REGIONAL MEDICAL CENTER (formerly MAGIC VALLEY REGIONAL MEDICAL CENTER),<br><br>          Plaintiff,<br><br>     vs.<br><br>THOMAS R. LUCIANI; STAMPER, RUBENS, STOCKER & SMITH, P.S.; STAMPER, RUBENS P.S.; STOCKER, SMITH, LUCIANI & STAUB, P.L.L.C., | NO. 08-30-S-EJL<br><br>ORDER ON STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS |

The Court, having reviewed the Stipulation of the parties for dismissal of certain defendants, filed on December 30, 2009, Docket No. 19, it is SO ORDERED. Defendants Stamper, Rubens, Stocker & Smith, P.S. and Smith, Luciani & Staub, P.L.L.C. are dismissed without prejudice and without costs, subject to the conditions stated in said Stipulation, Docket No. 19.

DATED:  **December 31, 2009**

*[Signature]*

Honorable Edward J. Lodge
U. S. District Judge

1
ORDER ON STIPULATION
FOR DISMISSAL OF
CERTAIN DEFENDANTS